65h 625
Case 7
169 NY 127

65h 625
Case 7
70 AD 389

## FIRST DEPARTMENT, OCTOBER TERM, 1892.

appealed from affirmed. Opinion by Macomber, J.

Michael Dunn, Respondent, v. Amos Robbins, Appellant.—Judgment and order of the County Court of Erie county appealed from affirmed, with costs. Opinion by Macomber, J.

William Delzer, Respondent, v. The Buffalo Star Brick Company (Limited), Appellant. — Judgment appealed from affirmed. Opinion by Lewis, J.

Frederic Palmer, Appellant, v. Mary L. Culbertson and another, Respondents, Impleaded, etc. — Judgment appealed from affirmed, with costs. Opinion by Dwight, P. J.

Mary J. Clancy and others, Respondents, v. George R. Losey and another, Appellants. — Judgment and order of County Court of Monroe county appealed from affirmed, with costs. Opinion by Dwight, P. J.

Rochester Railway Company, Appellant, v. William Fuller, Respondent. — Order appealed from affirmed, with costs.

Otto Albrecht, Respondent, v. Rochester Railway Company, Appellant — Judgment and order of the County Court of Monroe county appealed from affirmed, with costs.

Charles J. Herdt, Respondent, v. The Rochester City and Brighton Railway Company, Appellant.— Judgment and order appealed from affirmed. Opinion by Macomber, J.

George W. Crouch, Jr., Appellant, v. Gustave Muller, Respondent.—Judgment appealed from affirmed. Opinion by Lewis, J.

William Ziemendorf, Respondent, v. The Town of Wheatfield, Appellant. — Judgment and order appealed from affirmed.

Samuel C. Cotton, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order appealed from affirmed. Opinion by Macomber, J.; Lewis, J., not acting.

Matilda Wienke, Respondent, v. The Village of North Tonawanda, Appellant.—Judgment and order appealed from affirmed. Opinion by Dwight, P. J.; Lewis, J., not acting.

Peter Dukelow, Respondent, v. William Searles, Administrator, etc, Appellant. — Order appealed from affirmed, with costs. Opinion by Macomber, J.

Nehemiah Park, Respondent, v. Lyman Ayrault, Appellant.—Judgment appealed from affirmed.

Isaac W. Allen, Respondent, v. James J. McFadden, Appellant. — Judgment and order appealed from affirmed. Opinion *Per Curiam*, left with Macomber, J.; Lewis, J., not sitting.

Albert G. Smith, Plaintiff, v. Charles E. Mott, Defendant. — Motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

Calvin Haines, Plaintiff, v. Robert K. Smither, Defendant. — Motion for a new trial denied, with costs, and judgment directed for the defendant on the verdict. Opinion by Dwight, P. J.

Brackett H. Clark, Respondent, v. The Lake Avenue Permanent Savings and Loan Association, Appellant, Impleaded, etc. — Judgment of the County Court of Monroe county appealed from affirmed, with costs. Opinion by Macomber, J.

Libbie M. Noble, Appellant, v. The Massachusetts Benefit Association, Respondent. — Order appealed from affirmed, with ten dollars costs and disbursements of this appeal.

John Byrne, in behalf of himself and others, Respondents, v. Spencer S. Bullis, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements of this appeal.

Betsey Whitman, as Administratrix, etc., Respondent, v. Matthew T. Foley and others, Appellants. — Order appealed from granting a new trial affirmed, with costs.

Harvey Owen and another, Appellants, v. Boston and Lockport Block Company, Respondent.— Order appealed from affirmed, with ten dollars costs and disbursements.

Ernest Gunlach, Respondent, v Henry H. Turner and others, Appellants —Order appealed from affirmed, with ten dollars costs and disbursements.

In the Matter of Proving the Alleged Last Will and Testament of Peter Berst —Decree of the surrogate of Erie county appealed from affirmed, with costs to the respondents, payable by the appellant personally.

### Motions.

Richard Foran, Respondent, v. New York Central and Hudson River Railroad Company, Appellant. — Motion for reargument denied.

John Rorbach, Appellant, v. Lloyd W. Crossett, Respondent. — Motion for leave to appeal to the Court of Appeals denied.

Isaac Allman and another, Administrators, etc., Respondents, v. Gabriel Wile and others, Appellants. — Motion by defendant Eli Hofeller to amend memorandum of decision granted; motion by plaintiffs for reargument denied.

John H. Howe, Respondent. v. Frederick A. Bell, Executor, etc., and others, Appellants. —

Frederick A. Bell, Executor, etc., and others, Appellants, v. John H. Howe, Respondent, — Motion in each case for a reargument denied.

John Hyatt, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Motion to amend memorandum of decision and for leave to appeal to the Court of Appeals denied.

---

## FIRST DEPARTMENT, OCTOBER TERM, 1892.

Morris Rubens and others, Plaintiffs, v. The Ludgate Hill Steamship Company (Limited), Defendant.—Motion to set aside verdict granted and new trial ordered, with costs to abide event. Opinion by O'Brien, J.

Radcliffe Baldwin, Respondent, v. The Sullivan Timber Company, Appellant. — Judgment and order denying motion for new trial affirmed, with costs. Opinion by Patterson, J.

In the Matter of Opening Wendover Avenue. — Order affirmed, with ten dollars costs and disbursements. Opinion by Patterson, J.

Ophelia J. Cuthbert, Respondent, v. Margaret S. Ives, Appellant, Impleaded, etc.— Order modified as directed in opinion, and, as so modified, affirmed, without costs. Opinion *Per Curiam*.

Herman J. Von Kamen, Appellant, v. Diedrich Roes, Respondent. — Judgment and order affirmed, with costs. Opinion by O'Brien, J.

The Christopher and Tenth Street Railroad Company, Respondent, v. The Twenty-third Street Railway Company and others, Appellants — Order affirmed, with costs. Opinion by Patterson, J.

Charles E. Wells, as Administrator, etc., Respondent, v. Florence Disbrow, Individually, etc., and others, Appellants.—Judgment modified as directed in opinion, and, as modified, affirmed, without costs or disbursements to either party upon this appeal. Opinion by O'Brien, J.

Ellis N. Crow, Respondent, v. Patrick J. Gleason,